

T | (646) 790.3108
E | ALEX @ SAKIN-LAW.COM
W | SAKIN-LAW.COM

80 BROAD STREET
SUITE 703
NEW YORK, NY
10004 - 2203

January 5, 2021

**BY ECF**
Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, 10007

   Re: *Nathan Litera SAS v. Varick SP, LLC.* et al., 20-CV-7471 (PGG)

Dear Judge Gardephe:

  I have just been retained by Defendant in the above, and write, with the consent of opposing counsel, to respectfully request a brief adjournment of the deadlines specified in the Order to Show Cause signed by the Court on December 22, 2020 (Doc. No. 21) in connection with Plaintiff's application for a default judgment (the "Application"). Specifically, having obtained Plaintiff's agreement, Defendant respectfully seeks and/or consents to: 1) the adjournment of its deadline to oppose Plaintiff's Application from January 7 to January 21, 2021; 2) the extension to Plaintiff of an opportunity to reply to Defendant's opposition on or before January 28, 2021; and 3) an adjournment of the hearing on the Application from January 14 to February 4, 2021.

  This adjournment, the first in this matter, is necessary because Defendant has only very recently learned of the pendency of this case, and because undersigned counsel, who has been retained only today, needs time to familiarize himself with all relevant facts so as to submit a substantive opposition to the Application.

We are available at the Court's convenience.

Respectfully,

Alexander Sakin

MEMO ENDORSED

The application is granted.  The hearing currently scheduled for January 14, 2021 is adjourned to **February 4, 2021 at 9:15 a.m.**  The hearing will proceed by telephone.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

SO ORDERED.

Paul G. Gardephe
United States District Judge

January 7, 2021