UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN LITERA SAS,

                      Plaintiff,

        -against-

VARICK SP, LLC,

                      Defendant.

**ORDER**

20 Civ. 7471 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       This case is stayed sixty days for purposes of settlement discussions. By **May 3, 2021**, the parties will file a joint letter concerning the status of their discussions. If settlement appears unlikely at that time, the letter will include a proposed briefing schedule for Defendant's motion to dismiss that has been discussed with opposing counsel.

Dated: New York, New York
        March 5, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge